Lochtan & Wolfe, for appellant; John Austin Daily, of counsel; no appearance for appellee. Opinion by JUSTICE SCHWARTZ. **Not to be published in full.** Opinion filed May 20, 1952; released for publication July 1, 1952.

**Benjamin Chemers Company, and Leslie Elson Company, Successor-Plaintiff, Appellee, v. Arthur T. Galt, Appellant.**

Gen. No. 45,685.

Tuohy & Quinn, for appellant; Sidney J. and Arthur Wolfe, for appellee. Opinion by JUSTICE FRIEND. **Not to be published in full.** Opinion filed June 9, 1952; released for publication June 30, 1952.